GUNDERSON, Appellant, v. ROEBLING CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Rosa Gunderson, as administratrix, etc., against the Roebling Construction Company. No opinion. Motion for

leave to appeal to the Court of Appeals (from 156 App. Div. 16, 141 N. Y. Supp. 290) denied.